Decided May 4, 2005

STATE OF CONNECTICUT *v.* STANLEY FOOTE

Decided May 17, 2005

STATE OF CONNECTICUT *v.* STANLEY FOOTE

The cross petition by the state of Connecticut for certification for appeal from the Appellate Court, 85 Conn. App. 356 (AC 23712), is denied.

NORCOTT, J., did not participate in the consideration or decision of this cross petition.

*Christine Collyer*, special deputy assistant state's attorney, in support of the cross petition.

Decided May 17, 2005